James Alexander
655 Baker Street, Apt. # C-204
Costa Mesa, CA 92626
(714) 868-9702
thereal2021jamesalexander@gmail.com

Plaintiff, in pro per



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DANIEL ALEXANDER, | CASE No: 8:23-cv-00274-JFW-SHK |
| Plaintiff, | |
| v. | **REQUEST TO CLERK FOR ENTRY OF DEFAULT JUDGMENT AGAINST ALL SERVED AND NAMED DEFENDANTS; DECLARATION OF JAMES DANIEL ALEXANDER** |
| JERRY BROWN, former Governor of California, as an individual; KATHLEEN ALLISON, Secretary of the California Department of Corrections and Rehabilitations (CDCR) as an individual; JEFFREY A BEARD, Secretary of CDCR, as an individual; SCOTT KERNAN, Secretary of CDCR, as an individual; RALPH DIAZ, Secretary of CDCR, as an individual; JENNIFER SHAFFER, Executive Director of the California Board Of Parole Hearings (BPH), as an individual; KEVIN STRIPLING, BPH Scheduler, as an individual; M.D. STAINER, Director of Adult Division for CDCR, as an individual; M. VOONG, Chief Appeals Coordinator, as an individual; G. MURPHY, Appeals Coordinator (Headquarters), as an individual; RAYMOND MADDEN, Warden (Centinela State Prison), as an individual; J. GASTELO, Warden (California Men's Colony State Prison), as an individual;  P. DENNY, Associate Warden (California Men's Colony State Prison), as an individual; R. GIBSON, Correctional Counselor II, at California | (*Federal Rule of Civil Procedure, Rule 55(b)(1)*)<br><br>Dist. Judge:   Honorable John F. Walter<br>Dept:           Courtroom 7A<br>Mag. Judge:  Honorable Shashi H. Kewalramani<br>Dept:           Courtroom 3 or 4, 3rd Floor |

**REQUEST TO CLERK FOR ENTRY OF DEFAULT JUDGMENT AGAINST ALL SERVED AND NAMED DEFENDANTS; DECLARATION OF JAMES DANIEL ALEXANDER**

1

Men's Colony State Prison (CMC), as an individual; M. DENBY, Correctional Counselor I, California Men's Colony State Prison (CMC), as an individual; L. CHAUNCEY, local BPH official at CMC, as an individual; T. N ELSON, local BPH official at CMC, as an individual; D. ROBINSON, local BPH official at CMC, as an individual; D. DON, local BPH official at CMC, as an individual; C. AZEVEDO, local BPH official at CMC, as an individual; L. MARTINEZ, local BPH official at CMC, as an individual; S. HOPKINS, local BPH official at CMC, as an individual; and DOES 1-50, inclusive,

Defendants.

To the Clerk of the United States District Court for the Central District of California:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff James Daniel Alexander (hereinafter "Plaintiff") requests that the Clerk enter a default judgment against the following Defendants in this action in a timely manner:

1. JERRY BROWN, former Governor of California, as an individual;

2. KATHLEEN ALLISON, Secretary of the California Department of Corrections and Rehabilitations (CDCR) as an individual;

3. JEFFREY A BEARD, Secretary of CDCR, as an individual;

4. SCOTT KERNAN, Secretary of CDCR, as an individual;

5. RALPH DIAZ, Secretary of CDCR, as an individual;

6. JENNIFER SHAFFER, Executive Director of the California Board Of Parole Hearings (BPH), as an individual;

7. KEVIN STRIPLING, BPH Scheduler, as an individual;

**REQUEST TO CLERK FOR ENTRY OF DEFAULT JUDGMENT AGAINST ALL SERVED AND NAMED DEFENDANTS; DECLARATION OF JAMES DANIEL ALEXANDER**

2

8. M.D. STAINER, Director of Adult Division for CDCR, as an individual;

9. M. VOONG, Chief Appeals Coordinator, as an individual;

10. G. MURPHY, Appeals Coordinator (Headquarters), as an individual;

11. RAYMOND MADDEN, Warden (Centinela State Prison), as an individual;

12. J. GASTELO, Warden (California Men's Colony State Prison), as an individual;

13. P. DENNY, Associate Warden (California Men's Colony State Prison), as an individual;

14. R. GIBSON, Correctional Counselor II, at California Men's Colony State Prison (CMC), as an individual;

15. M. DENBY, Correctional Counselor I, California Men's Colony State Prison (CMC), as an individual;

16. L. CHAUNCEY, local BPH official at CMC, as an individual;

17. T. N ELSON, local BPH official at CMC, as an individual;

18. D. ROBINSON, local BPH official at CMC, as an individual;

19. D. DON, local BPH official at CMC, as an individual;

20. C. AZEVEDO, local BPH official at CMC, as an individual;

21. L. MARTINEZ, local BPH official at CMC, as an individual;

22. S. HOPKINS, local BPH official at CMC, as an individual

As evidenced by the proof of service on file with this Court, and the amended proof of service filed with this Court, the above-named defendants were served, pursuant to Rule 4 of the Federal Rules of Civil Procedure, on June 7, 2023. The applicable time limit for the above-named defendants to appear or otherwise respond to this action expired on June 29, 2023.

---

**REQUEST TO CLERK FOR ENTRY OF DEFAULT JUDGMENT AGAINST ALL SERVED AND NAMED DEFENDANTS; DECLARATION OF JAMES DANIEL ALEXANDER**

3

Furthermore, Plaintiff requests that the clerk enter judgment against all named Defendants which will impose a monetary judgment in the amount of $2,000,000.00, in accordance with Federal Rules of Civil Procedure, Rule 55 (a)(1).

Dated: July 19, 2023            By: _____
                                    James Alexander, Plaintiff, in pro per

---

**REQUEST TO CLERK FOR ENTRY OF DEFAULT JUDGMENT AGAINST ALL SERVED AND NAMED DEFENDANTS; DECLARATION OF JAMES DANIEL ALEXANDER**

4

## DECLARATION OF PLAINTIFF JAMES DANIEL ALEXANDER

I, James Daniel Alexander, declare as follows:

1. I am the Plaintiff in this action. If called as a witness, I could and would competently testify thereto.

2. Defendants JERRY BROWN, KATHLEEN ALLISON, JEFFREY A BEARD, SCOTT KERNAN, RALPH DIAZ, JENNIFER SHAFFER, KEVIN STRIPLING, M.D. STAINER, M. VOONG, G. MURPHY, RAYMOND MADDEN, J. GASTELO, P. DENNY, R. GIBSON, M. DENBY, L. CHAUNCEY, T. N ELSON, D. ROBINSON, D. DON, C. AZEVEDO, L. MARTINEZ, and S. HOPKINS were served pursuant to Rule 4 of the Federal Rules of Civil Procedure on June 7, 2023, and as evidenced by the proof of service and amended proof of service on file with this Court.

3. Under Rule 12, all of the above-named defendants were required to plead or otherwise respond to the complaint by June 29, 2023, and the applicable time limit for responding to the complaint has expired. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4. None of the above-named defendants are minors or incompetent persons.

5. None of the above-named defendants are currently in the military service, and therefore the Servicemembers Civil Relief Act does not 26 apply.

6. I have attached to this declaration a true and correct copy of the proof of service, and the amended proof of service, on file with this Court for the above-named defendants.

7. My complaint states a certain sum of monetary relief being requested for damages in the amount of $2,000,000.00.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of July 2023, in the County of Orange, within the state of California.

_____
James Alexander, Plaintiff, in pro per

**REQUEST TO CLERK FOR ENTRY OF DEFAULT JUDGMENT AGAINST ALL SERVED AND NAMED DEFENDANTS; DECLARATION OF JAMES DANIEL ALEXANDER**

6

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, reside in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause.

On Wednesday, July 19, 2023, I served true copies of the foregoing document described as **REQUEST TO CLERK FOR ENTRY OF DEFAULT JUDGMENT AGAINST ALL SERVED AND NAMED DEFENDANTS; DECLARATION OF JAMES DANIEL ALEXANDER** on the interested parties in this action, addressed as follows:

*Jennifer Shaffer; Kevin Stripling; L. Chauncey; T. Nelson; D. Robinson; D. Don; C. Azevedo; L. Martinez; S. Hopkins*
1515 "K" Street
Suite 600
Sacramento, CA 95814

*Jerry Brown; Kathleen Allison; Jeffrey A. Beard; Scott Kernan; Ralph Diaz; M.D. Stainer; M. Voong; G. Murphy: Raymond Madden; J. Gastelo; P. Denny: R. Gibson; M. Denby*
1515 "S" Street, Suite 101n
Sacramento, CA 95811

[X] BY United States Postal Service (ONLY): The documents were mailed as set forth above by U.S. Mail and placed in sealed, addressed envelopes on the above date and deposited into a U.S. Postal Service Mail box on the date set forth above, with postage thereon fully prepaid at Irvine, California prior to the time for collection on that day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this affidavit was executed on Wednesday, July 19, 2023.



**REQUEST TO CLERK FOR ENTRY OF DEFAULT JUDGMENT AGAINST ALL SERVED AND NAMED DEFENDANTS; DECLARATION OF JAMES DANIEL ALEXANDER**

7