# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DANIEL ALEXANDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY BROWN, et al.,<br><br>　　　　　Defendants. | Case No. 8:23-cv-00274-JFW-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' Motion to Dismiss, the the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) the findings in the R&R are ACCEPTED; (2) Defendants' Motion to Dismiss is DENIED; and (3) Plaintiff must effectuate service in accordance with the R&R within 30 days of the date of this Order.

Dated: 03/20/2024

HONORABLE JOHN F. WALTER
United States District Judge