UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DANIEL ALEXANDER,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JERRY BROWN, et al.,<br><br>　　　　　　　Defendants. | Case No. 8:23-cv-00274-JFW-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge.  The Court has engaged in de novo review of those portions of the R&R to which Plaintiff has objected and Defendant the United States of America ("United States") has responded.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that the United States's Motion to Dismiss is GRANTED and that the United States is DISMISSED from this case with prejudice.

Dated: February 20, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　United States District Judge