UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES DANIEL ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>JERRY BROWN, et al.,<br><br>Defendants. | Case No. 8:23-cv-00274-JFW-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGES |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative First Amended Complaint (Dkt. 112) filed by James Daniel Alexander ("Plaintiff") against Jerry Brown ("Brown"), Kathleen Allison ("Allison"), Jeffrey A. Beard ("Beard"), Scott Kernan ("Kernan"), Ralph Diaz ("Diaz"), Jennifer Shaffer ("Shaffer"), Kevin Stripling ("Stripling"), M. D. Stainer ("Stainer"), M. Voong ("Voong"), G. Murphy ("Murphy"), Raymond Madden ("Madden"), J. Gastelo ("Gastelo"), P. Denny ("Denny"), R. Gibson ("Gibson"), M. Denby ("Denby"), L. Chauncey ("Chauncy"), T. Nelson ("Nelson"), D. Robinson ("Robinson"), D. Don ("Don"), C. Azevedo ("Azevedo"), L. Martinez ("Martinez"), S. Hopkins ("Hopkins"), the United States, the State of California, and Does 1-48; the July

1, 2024 Report and Recommendation of the previously assigned magistrate judge recommending the dismissal without prejudice of Brown, Gibson, Nelson, and Don (Dkt. 125, "July Report"); Plaintiff's Objections and Amended Objections to the July Report (Dkt. 127-128); the Motion to Dismiss filed by the United States (Dkt. 129, "US Motion"); the January 10, 2025 Report and Recommendation of the previously assigned magistrate judge recommending that the US Motion be granted and the United States be dismissed with prejudice (Dkt. 156, "January Report"); the Order Accepting the January 2025 Report (Dkt. 161); the Motion to Dismiss filed by Murphy, Beard, Gastelo, Shaffer, Allison, Stripling, Chauncey, Martinez, Denby, Voong, Stainer, Diaz, Madden, Hopkins, Denny, Kernan, Robinson, and Azevedo (Dkt. 141, "Individual Defendants' Motion"); Plaintiff's Opposition (Dkt. 152); the Reply brief filed in support of the Individual Defendants' Motion (Dkt. 155); and the August 27, 2025 Report and Recommendation of the assigned magistrate judge (Dkt. 164, "August Report"). Plaintiff did not file a timely objection to the August Report or timely seek additional time to do so. The Court has engaged in a de novo review of those portions of the July Report to which objections have been made. The Court accepts the findings and recommendations of the magistrate judge.

Therefore, IT IS HEREBY ORDERED that:

1. the July Report (Dkt. 125) and August Report (Dkt. 164) are approved and accepted;

2. Brown, Gibson, Nelson, and Don are dismissed without prejudice;

3. the Individual Defendants' Motion to Dismiss (Dkt. 141) is GRANTED;

4. all Section 1983 claims against Allison, Beard, Kernan, Diaz, Shaffer, Stripling, Stainer, Voong, Murphy, Madden, Gastelo, Denny, Denby,

Chauncey, Robinson, Azevedo, Martinez, and Hopkins are dismissed with prejudice;

5.  the Section 1983 claim against the State of California is dismissed without prejudice;

6.  all state law claims against Allison, Beard, Kernan, Diaz, Shaffer, Stripling, Stainer, Voong, Murphy, Madden, Gastelo, Denny, Denby, Chauncey, Robinson, Azevedo, Martinez, and Hopkins are dismissed without prejudice to seeking relief in state court;

7.  all Doe defendants are dismissed without prejudice; and

8.  Judgment shall be entered dismissing this action without further leave to amend.

Dated: September 16, 2025

JOHN F. WALTER
United States District Judge