JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES DANIEL ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>JERRY BROWN, et al.,<br><br>Defendants. | Case No. 8:23-cv-00274-JFW-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge and the prior order of this Court,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED, with the claims against Jerry Brown, R. Gibson, T. Nelson, and D. Don dismissed without prejudice; the claim against the United States dismissed with prejudice; the Section 1983 claims against Kathleen Allison, Jeffrey A. Beard, Scott Kernan, Ralph Diaz, Jennifer Shaffer, Kevin Stripling, M. D. Stainer, M. Voong, G. Murphy, Raymond Madden, J. Gastelo, P. Denny, M. Denby, L. Chauncey, D. Robinson, C. Azevedo, L. Martinez, and S. Hopkins dismissed with prejudice; the state law claims against Kathleen Allison, Jeffrey A. Beard, Scott Kernan, Ralph Diaz, Jennifer

Shaffer, Kevin Stripling, M. D. Stainer, M. Voong, G. Murphy, Raymond Madden, J. Gastelo, P. Denny, M. Denby, L. Chauncey, D. Robinson, C. Azevedo, L. Martinez, and S. Hopkins dismissed without prejudice; the claim against the State of California dismissed without prejudice; and the claims against the Doe defendants dismissed without prejudice.

Dated: September 16, 2025        _____
                                 JOHN F. WALTER
                                 United States District Judge